**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Vivian Alford v. Brad Snyder, M.D., Barbara Stoll, M.D., Guiseppe N. Colasurdo, M.D., and UT Physicians

Appellate case number:  01-21-00365-CV

Trial court case number: 2019-88452

Trial court:            127th District Court of Harris County

Date motion filed:      October 1, 2021

Party filing motion:    Appellant


Appellant, Vivian Alford, has filed a letter dated September 30, 2021. To the extent that appellant's September 30, 2021 letter requests that the Court "re-open this case," we construe it as a motion for rehearing.

It is ordered that the motion for rehearing is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                        Acting for the Court

Panel consists of: Justices Goodman, Landau, and Countiss.

Date: ____October 12, 2021____